**Order entered September 19, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-16-00607-CV

---

**RYAN LYONS, SR., CRYSTAL LYONS, AND/OR ALL OTHER OCCUPANTS OF 735 BEE CREEK DRIVE CEDAR HILL, TEXAS 75104, Appellants**

**V.**

**DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF LONG BEACH MORTGAGE LOAN TRUST 2006-WL1, ASSET-BACKED CERTIFICATES, SERIES 2006-WL1, ITS SUCCESSORS AND/OR ASSIGNS, Appellee**

---

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-01334-E**

---

## ORDER

Appellee's September 16, 2016 unopposed motion to extend time for filing its brief is **GRANTED**. Appellee's brief received by the Clerk of the Court on September 16, 2016 is **DEEMED** timely filed on the date of this order.


/s/    CRAIG STODDART
        JUSTICE